UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK,

    Plaintiff,

v.

COURTYARD FOOD MARKET, INC.,
VANESSA MOSS-WILSON, STEPHEN
M. NESMITH, Conservator for the Estate
of Edmond Phillips, II, LINCOLN LIFE &
ANNUITY COMPANY OF NEW YORK
and BANK OF AMERICA, N.A.,

    Defendants.
_____/

Case No.: 2:15-cv-10404-GAD-MJH
Judge: Gershwin Drain
Magistrate: Michael Hluchaniak

## **ORDER FOR DISMISSAL**

The Court, having reviewed defendant Vanessa Moss-Wilson's disclaimer of interest in the interplead fund and request for dismissal as a party to this action, and the Court being otherwise advised in the premises,

IT IS HEREBY ORDERED that this action is dismissed in its entirety as to defendant Vanessa Moss-Wilson with prejudice and without costs.

                                            /s/Gershwin A Drain
                                            U.S. DISTRICT COURT JUDGE

LAW OFFICES COLLINS EINHORN FARRELL PC   4000 Town Center, 9th Floor   Southfield, MI 48075 (248) 355-4141